# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTHONY GARRETT, )<br>)<br>Defendant. ) | No. 4:08CR061 CDP |

## ORDER

Defendant Anthony Garrett has filed a Motion to Clarify and/or Amend Judgment, in which he asks that I clarify that he was "sentenced" to the drug program. I have no authority to sentence defendant to a drug program, but I did recommend to the Bureau of Prisons that Garrett be considered for the program, if that is consistent with their regulations. I will direct the Clerk of Court to send a copy of the judgment, containing the recommendation, to defendant. But this is only a recommendation, if the Bureau of Prisons does not put defendant in the Residential Drug Treatment Program, there is nothing I can do about it.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send defendant Anthony Garrett another copy of his judgment form [docket entry #266]

**IT IS FURTHER ORDERED** that defendant's motion to clarify [#312] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of January, 2009.